# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2010

Marilyn Kelly,
Chief Justice

140164(36)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HELIN YOUSIF, as Next Friend of
RICHARD JOSEPH YOUSIF, a Minor,
      Plaintiff-Appellee,

v

CITY OF STERLING HEIGHTS,
      Defendant-Appellant.

SC: 140164
COA: 288302
Macomb CC: 2007-002624-NI

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of defendant-appellant's motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2010

_____
Clerk

d0804